UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Milanesi et al. v. C.R. Bard, et al.*
Case No. 2:18-cv-01320

## CASE MANAGEMENT ORDER NO. 30

On October 13, 2021, a case management conference was held in this multidistrict litigation. This order memorializes developments in the second bellwether case, *Milanesi, et al. v. C.R. Bard, Inc. et al.*

Pursuant to Case Management Order No. 29-A, trial is set to begin on **January 10, 2022**. The trial, excluding time spent on jury deliberations, will last for 15 days with testimony taken 6 hours per day. That time will be divided as follows:

- One full day, or 6 hours, will be reserved for voir dire and preliminary jury instructions.

- One half day, or 3 hours, will be reserved for opening arguments.

- The Plaintiffs and the Defendants will each have 6.25 days, or 37.5 hours, to present their cases, for a total of 12.5 days, or 75 hours. Each side's time includes the presentation of testimony and any time spent cross-examining the other side's witnesses. Time spent on objections, unless otherwise noted, will not count against either side's time.

- One half day, or 3 hours, will be reserved for closing arguments with each side allowed 1.5 hours.

- One half day, or 3 hours, will be reserved for jury instructions.

The first week of trial, the week of January 10, 2022, will consist of 5 days of trial, or Monday through Friday.  In the following weeks trial will be held Monday through Thursday, for a total of 4 trial days each week.

No further case management conferences will be held prior to the final pretrial conferences scheduled for November 30, 2021, and December 1, 2021.  Any outstanding issues will be addressed at the first final pretrial conference on November 30, 2021.

**IT IS SO ORDERED.**

**10/14/2021**          **s/Edmund A. Sargus, Jr.**
**DATE**                EDMUND A. SARGUS, JR.
                        **UNITED STATES DISTRICT JUDGE**