UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

This document relates to:
*Milanesi v. C.R. Bard*,
Case No. 2:18-cv-01320

ORDER GRANTING PLAINTIFFS'
MOTION TO TEMPORARILY SEAL (ECF No. 324)

This matter is before the Court on Plaintiffs' Motion to Temporarily Seal Plaintiffs' Responses to Motions in Limine.  (No. 2:18-cv-1320, ECF No. 324.)  The Motion to Temporarily Seal was filed pursuant to Case Management Order ("CMO") 26-A (No. 2:18-md-2846, ECF No. 345).  Plaintiffs file this motion in the event that its briefing pertains to materials marked "Confidential" or "Highly Confidential" by Defendants pursuant to CMOs 7 and 7-A (No. 2:18-md-2846, ECF Nos. 48, 190).  CMO 26-A governs the unique situations of a party filing documents claimed by another party as "Confidential" or "Highly Confidential" under CMO 7 and 7-A and balances the need for such confidentiality being preserved with the public's right to access court filings that are used to adjudicate substantive issues in this litigation.

Accordingly, Plaintiffs' Motion to Temporarily Seal (No. 2:18-cv-1320, ECF No. 324) is **GRANTED**.  The Clerk shall accept filing of Plaintiffs' briefing in Case No. 2:18-cv-1320, and the Responses shall be sealed for seven days.  If the party or third party that produced the "Confidential" or "Highly Confidential" information cited in Plaintiffs'

1

Responses to Motions in Limine fails to file a Motion to Seal **within seven days of service of the Responses**, the Clerk shall promptly remove the documents filed under seal and make it publicly accessible on the docket.  If the producing party files a Motion to Seal **within seven days of service of the Responses**, Plaintiffs' Responses to Motions in Limine will remain under seal until the Court rules on the Motion to Seal.  The parties must separately move to seal pursuant to CMO 26-A any documents related to Plaintiffs' Underlying Responses or this Order.

        **IT IS SO ORDERED.**

**10/28/2021**　　　　　　　　　　　　　*s/Edmund A. Sargus, Jr.*
**DATE**　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**


**10/28/2021**　　　　　　　　　　　　　*s/Kimberly A. Jolson*
**DATE**　　　　　　　　　　　　　　　**KIMBERLY A. JOLSON**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**