ANTONIO MILANESI, et al.,
    Plaintiffs,

v.

C.R. BARD, INC., *et al.*,
    Defendants.

Case Number 2:18-cv-1320
Judge Sargus, Jr.

# TRIAL DAY 1
# March 21, 2022

Court Reporter: Crystal Hatchett
Courtroom Deputy: Christin Werner

9:00 A.M. Voir Dire Examination begins
10:45 A.M. Morning break
11:00 A.M. Voir Dire Examination continues
12:00 P.M. Jury Selection made
12:10 P.M. – 1:10 P.M. Lunch
1:10 P.M. Jurors sworn in and instructions read
1:40 P.M. Jurors dismissed for the day