UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2-18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>ANTONIO MILANESI &<br>ALICIA MORZ DE MILANESI | Case No. 2:18-cv-01320 |

## JURY VERDICT FORM NO. 1

1. Do you find in favor of Plaintiffs on their Strict Products Liability – Design Defect claim against Defendants?

    Yes: _____
    No: ____✓____

(All must agree)

*If your answer to the question above is "Yes," then answer the question on the next page.*

*If your answer to the question above is "No," do not answer the question on the next page.*

37

2. What damages, if any, do you find the Plaintiffs are entitled to on their Strict Products Liability – Design Defect claim?

$_____

**(All must agree)**

_____     _____

_____     _____

_____     _____

_____     _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2-18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>ANTONIO MILANESI &<br>ALICIA MORZ DE MILANESI | Case No. 2:18-cv-01320 |

## JURY VERDICT FORM NO. 2

1. Do you find in favor of Plaintiffs on their Negligence – Design Defect claim against Defendants?

    Yes: ✓
    No: _____

(All must agree)

*If your answer to the question above is "Yes," then answer the question on the next page.*

*If your answer to the question above is "No," do not answer the question on the next page.*

39

2. What damages, if any, do you find the Plaintiffs are entitled to on their Negligence – Design Defect claim?

$ __250,000.00__

(All must agree)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2-18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>ANTONIO MILANESI &<br>ALICIA MORZ DE MILANESI | Case No. 2:18-cv-01320 |

## JURY VERDICT FORM NO. 3

1. Do you find in favor of Plaintiffs on their Negligence – Failure to Warn claim against Defendants?

    Yes: _____
    No: \_\_\_✓_____

(All must agree)

*If your answer to the question above is "Yes," then answer the question on the next page.*

*If your answer to the question above is "No," do not answer the question on the next page.*

41

42

2. What damages, if any, do you find the Plaintiffs are entitled to on their Negligence – Failure to Warn claim?

$_____

**(All must agree)**

_____     _____

_____     _____

_____     _____

_____     _____

42

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2-18-md-2846

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

This document relates to:
ANTONIO MILANESI &
ALICIA MORZ DE MILANESI

Case No. 2:18-cv-01320

## JURY VERDICT FORM NO. 4

1. Do you find in favor of Plaintiffs on their Negligent Misrepresentation claim against Defendants?

    Yes: _____
    No: ✓_____

(All must agree)

*If your answer to the question above is "Yes," then answer the question on the next page.*

*If your answer to the question above is "No," do not answer the question on the next page.*

2. What damages, if any, do you find the Plaintiffs are entitled to on their Negligent Misrepresentation claim?

$_____

(All must agree)

_____     _____
_____     _____
_____     _____
_____

44

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2-18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>ANTONIO MILANESI &<br>ALICIA MORZ DE MILANESI | Case No. 2:18-cv-01320 |

## JURY VERDICT FORM NO. 5

1. Do you find in favor of Plaintiffs on their Fraudulent Misrepresentation claim against Defendants?

   Yes: _____
   No: ___✓_____

(All must agree)

*If your answer to the question above is "Yes," then answer the question on the next page.*

*If your answer to the question above is "No," do not answer the question on the next page.*

45

2. What damages, if any, do you find the Plaintiffs are entitled to on their Fraudulent Misrepresentation claim?

$_____

(All must agree)

_____            _____

_____            _____

_____            _____

_____            _____

46

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2-18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>ANTONIO MILANESI &<br>ALICIA MORZ DE MILANESI | Case No. 2:18-cv-01320 |

## JURY VERDICT FORM NO. 6

1. Do you find in favor of Mrs. Milanesi on her Loss of Consortium claim against Defendants?

    Yes: ✓
    No: _____

(All must agree)

*If your answer to the question above is "Yes," then answer the question on the next page.*

*If your answer to the question above is "No," do not answer the question on the next page.*

47

2. What damages, if any, do you find Mrs. Milanesi is entitled to on her Loss of Consortium claim?

$ __5,000.00__

(All must agree)

48

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2-18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>ANTONIO MILANESI &<br>ALICIA MORZ DE MILANESI | Case No. 2:18-cv-01320 |

### JURY VERDICT INTERROGATORY NO. 1

Answer this interrogatory only if you found in favor of Mr. and Mrs. Milanesi on any of their claims against Bard and Davol.

With respect to all claims, what total amount of damages do you award?

Mr. Milanesi $ 250,000.00

Mrs. Milanesi $ 5,000.00

(All must agree)

49

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2-18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>ANTONIO MILANESI &<br>ALICIA MORZ DE MILANESI | Case No. 2:18-cv-01320 |

## JURY VERDICT INTERROGATORY NO. 2

Answer this interrogatory only if you found in favor of Plaintiffs Mr. and Mrs. Milanesi on any of their claims against Defendants Bard and Davol.

Do you find that Plaintiffs have proven by clear and convincing evidence that Defendants were guilty of intentional misconduct or gross negligence, which was a substantial cause of injury to Plaintiffs?

Yes: _____
No: ____✓____

(All must agree)

50